**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1198**

TONY JORGENSON,

Plaintiff - Appellant,

v.

CONDUENT TRANSPORT SOLUTIONS, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:22-cv-01648-SAG)

Submitted:  June 15, 2023                     Decided:  June 21, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony Jorgenson, Appellant Pro Se.  Stephen Lee Scott, KULLMAN FIRM, Birmingham, Alabama, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Tony Jorgenson appeals the district court's order dismissing his action brought under the Americans with Disabilities Act.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Jorgenson v. Conduent Transp. Sols., Inc.*, No. 1:22-cv-01648-SAG (D. Md. Feb. 2, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*